■ JOHN KEHAGIAS et al., Respondents, v WALDO AVENUE BUILDING et al., Appellants. [18 NYS3d 341]—

Order, Supreme Court, Bronx County (Lucindo Suarez, J.), entered on or about March 19, 2014, which denied defendants' motion to dismiss as time-barred plaintiffs' claims arising prior to August 18, 2007, unanimously reversed, on the law, without costs, and the motion granted.

Although plaintiffs' causes of action—alleging that a defective catch basin located on defendants' property caused flooding on their property—first accrued in 2006 when the damage became visible and apparent to plaintiff (*see Public Serv. Mut. Ins. Co. v 341-347 Broadway, LLC*, 96 AD3d 473, 473-474 [1st Dept 2012]), the flooding nevertheless constituted a "continu-

ous wrong" that gave rise to successive causes of action that accrued each time the wrong was committed (*Town of Oyster Bay v Lizza Indus., Inc.*, 22 NY3d 1024, 1031 [2013]; *see also Congregation B'nai Jehuda v Hiyee Realty Corp.*, 35 AD3d 311, 313 [1st Dept 2006]). Accordingly, to the extent plaintiffs claim damages for flooding that occurred before August 18, 2007 (three years prior to the filing of the complaint), those claims are time-barred (*see Lucchesi v Perfetto*, 72 AD3d 909, 912 [2d Dept 2010]; *see also* CPLR 214 [4]). Concur—Mazzarelli, J.P., Acosta, Saxe and Richter, JJ.